FILED
AUG 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

AUSA KKD

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8712

| UNITED STATES OF AMERICA, | ) | Magistrate Case No.: |
|---|---|---|
| Plaintiff, | ) | COMPLAINT FOR VIOLATION OF |
| v. | ) | Title 8, U.S.C., § 1326 |
| Arturo SAMANO-Barrera | ) | Attempted Entry After Deportation (Felony) |
| Defendant. | ) | |

The undersigned complainant being duly sworn states:

On or about August 10, 2008, within the Southern District of California, defendant Arturo SAMANO-Barrera, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e. conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States, and not having obtained said express consent to reapply for admission thereto; and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, all in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
Senior Border Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 11st DAY OF AUGUST 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Arturo SAMANO-Barrera

STATEMENT OF FACTS

This complaint is based on the reports and documents furnished by Border Patrol Agent P. Lagodzinski which is based upon the statements of the apprehending Border Patrol Agent M. Mireles that the Defendant was found and arrested on August 10, 2008, approximately half a mile west of Calexico, CA.

Agent Mireles was performing his assigned Border Patrol duties west of downtown Calexico, CA Port of Entry. At approximately 5:15 a.m. the Remote Video Surveillance System (RVSS) operator observed a subject later identified as, Arturo SAMANO-Barrera, climb over the United States/Mexico International Border Fence and illegally enter the United States. The RVSS operator maintained constant visual of Arturo SAMANO-Barrera. Agent Mireles responded to the area. The RVSS operator guided Agent Mireles to Arturo SAMANO-Barrera's location. Agent Mireles found Arturo SAMANO-Barrera and identified himself as a United States Border Patrol Agent. Agent Mireles questioned Arturo SAMANO-Barrera as to his immigration status. Arturo SAMANO-Barrera stated that he is a citizen of Mexico illegally in the United States. Arturo SAMANO-Barrera was arrested and transported to the Calexico Border Patrol Station for further processing.

At the Calexico Station records checks disclosed that Arturo SAMANO-Barrera was deported on March 2, 2000. Record checks also revealed that Arturo SAMANO-Barrera has an extensive criminal record.

There is no evidence Arturo SAMANO-Barrera has sought or receive permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.