AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.

**WAIVER OF INDICTMENT**

Arturo Samano-Barrera

CASE NUMBER: 08CR2956-JLS

I, ARTURO SAMANO BARRERA, the above named defendant, who is accused of

8 USC 1324a

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 9-3-08 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Date*

FILED
SEP - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

x Arturo S. Barrera
*Defendant*

Paul Lu
*Counsel for Defendant*

Before _____
*Judicial Officer*